**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Mary E. Edes, SBN 264584
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs
CC PACIFIC LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CC PACIFIC LP<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, Acting on Behalf of the State Department of Toxic Substance Control, MECOM EQUIPMENT, LLC, a California Limited Liability Company, STATE OF CALIFORNIA, State Board of Equalization, PAWNEE LEASING CORPORATION, UNITED STATES OF AMERICA, Dept. Of Internal Revenue Service, and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property, and DOES 1-100, inclusive.<br><br>        Defendants. | Case No. 2:10-CV-01127-LKK-GGH<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME FOR DEFENDANT, CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, TO RESPOND TO COMPLAINT** |

Plaintiff, CC PACIFIC LP, and Defendant, CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, stipulate as follows:

    1.    Defendant, CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANT, CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, TO RESPOND TO COMPLAINT

00795961.WPD        1

is granted a further extension of time to and including July 9, 2010 to answer or otherwise respond to Plaintiff's Complaint.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED:

Dated: June 17, 2010        PORTER SCOTT
                            A PROFESSIONAL CORPORATION


                            By  /s/ Jennifer E. Duggan
                                Jennifer E. Duggan


Dated: June 16, 2010        OFFICE OF THE ATTORNEY GENERAL


                            By  /s/ Margarita Padilla
                                Margarita Padilla
                                Supervising Deputy Attorney General
                                SBN 99966
                                Office of the Attorney General
                                1515 Clay Street, 20th Floor
                                P.O. Box 70550
                                Oakland, CA 94612-0550
                                Counsel for the California Department
                                of Toxic Substances Control

IT IS SO ORDERED.

Dated:   June 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---